# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF OKLAHOMA

Valero Refining Company-Oklahoma

    Plaintiff(s)

vs.                                                                  Case Number:  6:19-cv-00223

3M Company, et al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

3M Company

[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT    in this action, makes the following disclosure:

1.  **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☑ YES    ☐ NO

2.  **Does party have any parent corporations?**

    (Check one)  ☐ YES    ☑ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES    ☑ NO

If YES, identify all such owners:

4.      **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)   ☐ YES   ☑ NO

If YES, identify entity and nature of interest:

5.      **Is party a trade association?**

(Check one)   ☐ YES   ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this __12th__ day of ____July____ , 20__19__ .

| | |
|---|---|
| s/Phillip G. Whaley | |
| Signature | |
| Phillip G. Whaley | 13371 |
| Printed Name | Bar Number |
| Ryan Whaley Coldiron Jantzen Peters & Webber PLLC | |
| Firm Name | |
| 900 Robinson Renaissance, 119 N. Robinson | |
| Address | |
| Oklahoma City | OK   73102 |
| City | State   ZIP |
| (405) 239-6040 | (405) 239-6766 |
| Phone | Fax |
| pwhaley@ryanwhaley.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___July 12, 2019_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

D. Kenyon Williams, Jr. - kwilliams@hallestill.com

I hereby certify that on _____ (Date), I served the same document by

☑ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

D. Kenyon Williams, Jr./Dawson A. Brotemarkle
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 S. Boston Avenue, Suite 200
Tulsa, OK  74103-3706

s/Phillip G. Whaley
_____
Signature