# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VALERO REFINING COMPANY-OKLAHOMA, a Michigan corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-223-SPS ) |
| 3M COMPANY, a Delaware corporation; E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation; THE CHEMOURS COMPANY, a Delaware corporation; NATIONAL FOAM, INC., a Delaware corporation; BUCKEYE FIRE EQUIPMENT COMPANY, an Ohio corporation; KIDDE-FENWAL, INC., a Delaware corporation, and DOE DEFENDANTS 1 to 20, a Foreign Corporation, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEMAND FOR JURY TRIAL

Defendant 3M Company, pursuant to Fed. R. Civ. P. 38, 81 and LCvR 81.1, hereby demands a jury trial on all issues triable of right by a jury.

DATED: July 12, 2019          Respectfully submitted,

          **3M Company**

          s/Phillip G. Whaley
          Phillip G. Whaley, OBA No. 13371
          RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
          900 Robinson Renaissance
          119 N. Robinson
          Oklahoma City, OK  73102
          Telephone:  (405) 239-6040
          Facsimile:  (405) 239-6766
          Email:  pwhaley@ryanwhaley.com

Daniel L. Ring (*pro hac vice to be filed*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
dring@mayerbrown.com

***Counsel for Defendant, 3M Company***

# CERTIFICATE OF SERVICE

I certify that on July 12, 2019, I caused a true and correct copy of the foregoing Notice of Removal to be filed electronically via the Court's CM/ECF system. I also served copies of the foregoing Notice of Removal at the following addresses by First Class, U.S. Mail:

D. Kenyon Williams, Jr.
Dawson A. Brotemarkle
Hall, Estill, Hardwick, Gable, Golden
 & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
***Attorneys for Plaintiff Valero***
***Refining Company-Oklahoma***

E.I. Du Pont De Nemours & Company
Corporation Trust Center
1208 Orange Street
Wilmington, DE  19801
***Defendant***

Kidde-Fenwal, Inc.
400 Main Street
Ashland, MA  01721
***Defendant***

National Foam, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801
***Defendant***

The Chemours Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
***Defendant***

Buckeye Fire Equipment Company
1100 King Road
Mountain, NC  28086
***Defendant***

*s/Phillip G. Whaley*
Phillip G. Whaley